Hannah J. JAYNES, Relator,

v.

GOLDEN CREST NURSING HOME and American Home Assurance Company, administered by Constitution States Services Company, Respondents,

and

St. Luke's Clinic, and Medica Health Plans/Ingenix, Intervenors.

No. A13–0601.

Supreme Court of Minnesota.

Oct. 23, 2013.

Steven P. Christensen, Roseville, MN, for relator.

Christine L. Tuft, Shannon A. Nelson, Arthur, Chapman, Kettering, Smetak and Pikala, P.A., Minneapolis, MN, for respondents.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation

Court of Appeals filed and served on March 13, 2013, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____

Alan C. Page
Associate Justice